IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| *v.* | Criminal Information |
| ISMAIL SIRDAH | No.   1:15-CR-100-LMM |

**UNITED STATES' MOTION TO REDUCE SENTENCE BASED ON SUBSTANTIAL ASSISTANCE AND SENTENCING MEMORANDUM**

The United States of America, by John Horn, United States Attorney for the Northern District of Georgia, and Jeffrey W. Davis, Assistant United States Attorney, files its sentencing memorandum and motion to reduce defendant Ismail Sirdah's sentence based on substantial assistance to the United States.

In support of its motion, the United States submits as follows:

1. On March 24, 2015, the United States Attorney for the Northern District of Georgia charged Sirdah via Criminal Information with one count of bribery. (Doc. 1); *see* 18 U.S.C. § 666(a)(2).

2. On April 2, 2015, Sirdah pleaded guilty to the Information. (Docs. 10, 10-1).

3. By this motion, the United States moves to reduce Sirdah's sentence based on his substantial assistance to the Government. *See* U.S.S.G. § 5K1.1 ("Upon motion of the government stating that the defendant has provided substantial assistance in the investigation or prosecution of another person who has committed an offense, the court may depart from the guidelines").

4. In particular: (a) Sirdah made undercover, recorded telephone calls at the request and direction of the Federal Bureau of Investigation, (b) he debriefed with and provided information to federal law enforcement officers; (c) Sirdah's

cooperation and information led to the prosecution and guilty plea of Jeremy Clark; and (d) his information and testimony may be used by federal and state authorities in future cases. *See generally United States v. Clark*, 1:15-CR-043-LMM.

5. Based on his cooperation, the United States requests that the Court reduce Sirdah's Guideline offense calculation by 4 levels. The United States recommends further that Sirdah receive a 1-level downward variance for judicial economy.

6. Importantly, pursuant to the Plea Agreement: (a) Sirdah has agree <u>not</u> to request a departure under § 5K1.1 greater than 4-levels; and (b) Sirdah recognizes that the instant sentence reduction encompasses and includes all potential future cooperation related to the information he already provided. (Doc. at 10-1 at ¶ 19).

7. As a result, the United States recommends that the Court sentence Sirdah to 12 months and 1 day of incarceration and impose a fine. (*See* PSR at ¶¶ 70-74).

WHEREFORE, the United States respectfully requests that the Court grant its Motion to Reduce Sentence Based on Substantial Assistance.

Dated:   January 13, 2016.

Respectfully submitted,

JOHN HORN
  *United States Attorney*


/s/   JEFFREY W. DAVIS
  *Assistant United States Attorney*
Georgia Bar No. 426418


600 U.S. Courthouse ▪ 75 Ted Turner Drive, SW
Atlanta, GA 30303 ▪ 404.581.6000

## CERTIFICATE OF SERVICE

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record for the defendant.

Dated:   January 13, 2016.

/s/   JEFFREY W. DAVIS
*Assistant United States Attorney*
